| Return |||
|---|---|---|
| Case No.: 26UT-LA-3411319 | Date and time warrant executed: 8/26/21 6:22am | Copy of warrant and inventory left with: Scott Meyer (landlord) |
| Inventory made in the presence of: Scott Meyer |||

Inventory of the property taken and name of any person(s) seized:

Toshiba laptop
Box containing hunting arrows
Two baofeng radios and charging cables
One T-Mobile REVVL cell phone
Samsung Tablet
Sony Cybershot Camera with batteries and case
MSI Laptop
Black Apple iPhone with charging cable
Google cellphone
Four thumbdrives
Black North Face winter jacket
Go-Pro and accessories in black case
Black Four harddrives
Three USB drives + six memory cards
One Samsung tablet
Verizon tablet
Blue Galaxy SIII
Black Verizon Galaxy S5
White iPhone 4
Black Apple iPhone in case
Black Verizon Motorola
Red Nokia cell phone
Lenovo thinkpad laptop
Yellow flex cuffs
Pepper spray

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/27/2021

_____
Executing officer's signature

SA Jessica Salo
Printed name and title